FILED '08 SEP 11 07:42 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN FRANKLIN KNIGHT,           )
                                )
            Petitioner,         )
                                )  Civil No. 06-345-TC
      v.                        )
                                )  ORDER
BRIAN BELLEQUE,                 )
                                )
            Respondent.         )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 22, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's amended petition (#36) is dismissed, relief on all claims is denied, and this action is dismissed.

DATED this _____10th_____ day of September, 2008.

_____
Michael R. Hogan
United States District Judge

2    - ORDER